UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN JOSEPH HOP WAH,

                     Plaintiff,

        -against-

JAVIER E. VARGAS, ET AL.,

                     Defendants.

24-CV-3146 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 15, 2024
           New York, New York

                         /s/ Laura Taylor Swain
                         LAURA TAYLOR SWAIN
             Chief United States District Judge